

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00829-CR

Jesus **MONSIVAIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1685
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 30, 2021.

_____
Irene Rios, Justice